IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REFUGIO AGUIRRE AND CYNTHIA AGUIRRE, | § § § | |
| *Plaintiffs,* | § | |
| | § | CIVIL ACTION NO. 7:15-cv-00165 |
| v. | § | |
| | § | |
| ASI LLOYDS AND ORLANDO CHAPA, | § | |
| *Defendants.* | § | |

## DEFENDANT ASI LLOYDS'
## MOTION TO COMPEL MEDIATION

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, ASI LLOYDS, Defendant herein and submits this, its Motion to Compel Mediation, and in support thereof will respectfully show this Court as follows:

### I.

Defendant ASI LLOYDS, would request that this Court compel mediation pursuant to TEXAS INSURANCE CODE § 541.161(a). This mediation is required under the Texas Insurance Code. TEX. INS. CODE § 541.161(b).

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court enter into this Order compelling mediation of this cause pursuant to the applicable provision of the Texas Insurance Code, and for any and all such further relief, both at law, or at equity, to which the Defendants may be so justly entitled.

Respectfully submitted,


_/s/ Jay Scott Simon_____
Jay Scott Simon
State Bar No. 24008040
Federal Bar No. 31422
jsimon@thompsoncoe.com
Lauren E. Figaro
State Bar No. 24087510
Federal Bar No. 2498005
lfigaro@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8216
Telecopy:  (713) 403-8299

**ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

This is to certify that on the 23rd day of April, 2015, a copy of the foregoing was sent via electronic transmission and/or certified mail, return receipt requested to counsel of record as follows:

Kevin S. Baker
KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232


_/s/Jay Scott Simon_____
Jay Scott Simon