IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| REFUGIO AGUIRRE AND CYNTHIA AGUIRRE,<br> *Plaintiffs,*<br><br>v.<br><br>ASI LLOYDS AND ORLANDO CHAPA,<br>*Defendants*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 7:15-cv-00165<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

  The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

             Respectfully submitted,

             **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

              */s/ Jay Scott Simon*
             Jay Scott Simon
             State Bar No. 24008040
             Federal Bar No. 31422
             jsimon@thompsoncoe.com
             One Riverway, Suite 1400
             Houston, Texas 77056
             Telephone: (713) 403-8210
             Facsimile: (713) 403-8299

             **ATTORNEY FOR DEFENDANTS**

2340015
04098.558

## CERTIFICATE OF SERVICE

I certify that on this 4th day of January, 2016, a true and correct copy of the foregoing was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Kevin Baker
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232

                                                  */s/ Jay Scott Simon*
                                                  Jay Scott Simon