IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| REFUGIO AGUIRRE AND CYNTHIA AGUIRRE,<br>*Plaintiffs*,<br><br>v.<br><br>ASI LLOYDS AND ORLANDO CHAPA,<br>*Defendants*. | §<br>§<br>§<br>§  CIVIL ACTION NO. 7:15-cv-00165<br>§<br>§<br>§<br>§ |

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs REFUGIO AGUIRRE and CYNTHIA AGUIRRE and Defendants ASI LLOYDS and ORLANDO CHAPA file this, their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

I.

Plaintiffs and Defendants, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiffs no longer desire to prosecute this suit against Defendants. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

II.

Plaintiffs and Defendants move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiffs' right to refile same.

Respectfully submitted,

_____
Kevin S. Baker
State Bar No. 00797799
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
kevin@krwlawyers.com

**ATTORNEY FOR PLAINTIFFS**

_____
Jay Scott Simon
State Bar No. 24008040
Federal Bar No. 31422
jsimon@thompsoncoe.com
Lauren E. Figaro
State Bar No. 24087510
lfigaro@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8216
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2016, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with Texas Rules of Civil Procedure:

Kevin S. Baker
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232

*[signature]*
Jay Scott Simon

3

2308221
04098.558