United States District Court
Southern District of Texas
**ENTERED**
January 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REFUGIO AGUIRRE, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-165 |
| | § | |
| ASI LLOYDS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs REFUGIO AGUIRRE AND CYNTHIA AGUIRRE and Defendants ASI LLOYDS AND ORLANDO CHAPA'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

SO ORDERED this 6th day of January, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge